United States Bankruptcy Court
Western District of New York

In re:                                                           Case No. 16-10140-CLB
Thomas D. Johnson                                                Chapter 7
Rosalie A. Johnson
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0209-1          User: admin            Page 1 of 2            Date Rcvd: Jan 28, 2016
                              Form ID: 309A          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2016.
```
db/jdb          +Thomas D. Johnson,   Rosalie A. Johnson,   3 Westbury Court,   Jamestown, NY 14701-4318
21406809        +Can Capital Asset Servicing, Inc.,   2015 Vaughn Road, Building 500,   Kennesaw, GA 30144-7831
21406812        +Capital One Card Services,   P.O. Box 71107,   Charlotte, NC 28272-1107
21406815        +Citizens Automobile Finance, Inc.,   P.O. Box 255587,   Sacramento, CA 95865-5587
21406816        +City of Jamestown,   Jamestown Urban Renewal Agency,   200 East Third Street,
                  Jamestown, NY 14701-5433
21406821        +Five Star Bank,   2851 Clover Street,   Pittsford, NY 14534-1711
21406818        +Five Star Bank,   55 North Main Street,   P.O. Box 150,   Warsaw, NY 14569-0150
21406820        +Five Star Bank,   P.O. Box 150,   Warsaw, NY 14569-0150
21406819         Five Star Bank,   285 East Fairmount Avenue,   Lakewood, NY 14750
21406822        +James V. Paige, Jr., Development Corp.,   775 Fairmount Avenue,   Jamestown, NY 14701-2608
21406823        +Key Bank,   P.O. Box 89438,   Cleveland, OH 44101-6438
21406824         Key Bank,   378 Fairmount Avenue,   Lakewood, NY 14750
21406825        +MCA Recovery, LLC,   17 State Street, Suite 4000,   New York, NY 10004-1508
21406826        +Pearl Beta Funding, LLC,   40 Exchange Place, Suite 301,   New York, NY 10005-2784
21406828        +Southern Chautauqua Federal Credit Union,   168 E. Fairmount Avenue,   Lakewood, NY 14750-1942
21406829        +Southside Station, Inc.,   2725 S. Industrial Suite 300,   Ann Arbor, MI 48104-6233
21406831        +Stephen E. Sellstrom, Esq.,   Sellstrom Law Firm, LLP,   P.O. Box 50,
                  Jamestown, NY 14702-0050
21406832        +Steven Berkovitch, Esq.,   40 Exchange Place, Suite 301,   New York, NY 10005-2716
21406833        +Steven Houben,   717 Prince Street,   Olean, NY 14760-3103
21406835        +Tim Shults,   181 East Fairmount Avenue, Suite 200,   Lakewood, NY 14750-1951
21406836         Times Publishing Company,   c/o MacDonald Illig Jones 7 Britton, LLP,
                  100 State Street, Suite 700,   Erie, PA 16507-1459
21406837        +Web Bank,   c/o NewLogic Business Loans, Inc., as Se,   300 Ledgewood Place, Suite 301,
                  Rockland, MA 02370-1098
21406838        +World Business Lenders, LLC,   120 W. 45th Street, 29th Floor,   New York, NY 10036-4041
21406839         World Globe Financial,   141 Northest 3rd Avenue, PH,   Miami, FL 33132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: spotoslatersirwatka@windstream.net Jan 28 2016 18:42:11     Kevin J. Sirwatka,
                  Spoto, Slater & Sirwatka,   112 Hotel Jamestown Bldg.,   Jamestown, NY  14701
tr              +EDI: QTADOREY.COM Jan 28 2016 18:43:00      Thomas A. Dorey,   Box 247,
                  Lakewood, NY 14750-0247
21406808        +EDI: GMACFS.COM Jan 28 2016 18:43:00      Ally,   P.O. Box 380902,   Minneapolis, MN 55438-0902
21406817        +EDI: WFNNB.COM Jan 28 2016 18:43:00      CP/Bon Ton,   P.O. Box 182789,
                  Columbus, OH 43218-2789
21406810        +EDI: CAPITALONE.COM Jan 28 2016 18:43:00      Capital One,   P.O. Box 30253,
                  Salt Lake City, UT 84130-0253
21406811        +EDI: CAPITALONE.COM Jan 28 2016 18:43:00      Capital One Bank (USA) N.A.,   P.O. Box 71083,
                  Charlotte, NC 28272-1083
21406813        +EDI: CHASE.COM Jan 28 2016 18:43:00      Chase Cardmember Services,   P.O. Box 15153,
                  Wilmington, DE 19886-5153
21406814        +EDI: CHASE.COM Jan 28 2016 18:43:00      Chase/Bank One Card Services,   P.O. Box 15298,
                  Wilmington, DE 19850-5298
21406827        +EDI: RMSC.COM Jan 28 2016 18:43:00      Sam's Club MC/SYNCB,   P.O. Box 960013,
                  Orlando, FL 32896-0013
21406830        +EDI: CHASE.COM Jan 28 2016 18:43:00      Southwest Rapid Rewards Visa/Chase Card,
                  Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
21406834         EDI: RMSC.COM Jan 28 2016 18:43:00      Synchrony Bank,   P.O. Box 965004,
                  Orlando, FL 32896-5004
21406840        +E-mail/Text: bankruptcy@yellowstonecapllc.com Jan 28 2016 18:42:41     Yellowstone Capital LLC,
                  160 Pearl Street, 5th Floor,   New York, NY 10005-1631
                                                                                               TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2016                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2016 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1 | **Thomas D. Johnson** | Social Security number or ITIN: | **xxx–xx–8367** |
| | First Name   Middle Name   Last Name | | |
| Debtor 2 (Spouse, if filing) | **Rosalie A. Johnson** | Social Security number or ITIN: | **xxx–xx–2549** |
| | First Name   Middle Name   Last Name | | |
| United States Bankruptcy Court | **Western District of New York** | Date case filed for chapter 7 | **1/27/16** |
| Case number: | **1–16–10140–CLB** | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas D. Johnson | Rosalie A. Johnson |
| 2. | **All other names used in the last 8 years** | dba US News, Inc. | |
| 3. | **Address** | 3 Westbury Court<br>Jamestown, NY 14701 | 3 Westbury Court<br>Jamestown, NY 14701 |
| 4. | **Debtor's attorney**<br>Name and address | Kevin J. Sirwatka<br>Spoto, Slater & Sirwatka<br>112 Hotel Jamestown Bldg.<br>Jamestown, NY 14701 | Contact phone  (716) 487–1142 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas A. Dorey<br>Box 247<br>Lakewood, NY 14750 | Contact phone (716) 763–7023 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Olympic Towers, Suite 250 <br> 300 Pearl Street <br> Buffalo, NY 14202 <br><br> Website: http://www.nywb.uscourts.gov | Hours open: 8:00 a.m. to 4:30 p.m. Monday – Friday <br><br> Contact phone (716) 362–3200 <br><br> Date: 1/27/16 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 3, 2016 at 09:30 AM** <br><br> **Individual debtors must provide picture identification and proof of social security number to the trustee at this meeting of creditors. Failure to do so may result in your case being dismissed.** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Gerace Office Building, North Erie Street, 3rd Floor, Room 331, Mayville, NY 14757** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/2/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |